**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************

UNITED STATES OF AMERICA

-v.-

JUSTIN CHEN, also known as "Jia Wei Chen," and JUN ZHEN

*********************************

25-MJ-223
Docket Number

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: AUSA Nick M. Axelrod
Firm Name: USAO-EDNY
Address: 271 Cadman Plaza East
         Brooklyn, New York 11201
Phone Number: (917) 936-9717
E-Mail Address: nicholas.axelrod@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

risk of flight; destruction of evidence

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn_____, NEW YORK
       *Vera M. Scanlon* 6/27/25

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE_____ DATE_____

**MANDATORY CERTIFICATION OF SERVICE:**
A.)____ A copy of this application either has been or will be promptly served upon all parties to this action, B.)____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

6/27/2025                    *Nick M. Axelrod*
DATE                         SIGNATURE